ACCEPTED
05-15-01020-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/1/2015 11:11:43 AM
LISA MATZ
CLERK



**Dallas County**
Public Defender's Office

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/1/2015 11:11:43 AM
LISA MATZ
Clerk

October 1, 2015

Lisa Matz, Clerk
Court of Appeals, 5th District
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:    *Miguel Enrique Hernandez v. The State of Texas*
       Trial Court No:     F-1476506-T
       Appellate Court No:  05-15-01020-CR

       *Motion to Abate Appeal*

Dear Ms. Matz,

     On September 21, 2015, the trial court granted Appellant's motion for new trial. Please consider this a motion to abate Appellant's appeal until the time for the State to appeal the trial court's motion has expired. At that time, Appellant can dismiss his appeal, if appropriate.

     The trial court's docket sheet entry is enclosed for your convenience.

                   Respectfully submitted,


                   /s/ Riann C. Moore

Lynn Richardson                Riann C. Moore
Chief Public Defender         Assistant Public Defender
Dallas County, Texas         State Bar No. 24050279
                   Frank Crowley Courts Building
                   133 N. Riverfront Blvd., LB-2
                   Dallas, Texas 75207-4399
                   (214) 875-2361 *(phone)*
                   (214) 875-2363 *(fax)*
                   *Riann.moore@dallascounty.org*

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing letter brief was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Riverfront Blvd., LB-19, 10th Floor, Dallas, Texas, 75207, by e-service on October 1, 2015.


           /s/ Riann C. Moore
           Riann C. Moore